IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 6:17-CR-00083-JDK |
| v. | § § § | |
| SEYDADRIAN MONTREZ BROWN | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Seydadrian Montrez Brown be sentenced to a term of imprisonment of 18 months with credit for time already served in custody from June 10, 2021, and with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Yazoo City, MS, if available, and that Defendant receive drug treatment.

So **ORDERED** and **SIGNED** this **30th**  day of  **July, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE